AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2009

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>McMahon, Colleen | 2. Court or Organization<br><br>US District Court-Southern Dis | 3. Date of Report<br><br>8/6/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>US District Judge-Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>500 Pearl Street<br>New York, NY 10007<br>Chambers 640 Moynihan Courthou | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust # 1 |
| 2. Trustee | Trust #2 |
| 3. Trustee | Foundation #1 |
| 4. Director | Music Bridges Internatinal Inc |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 8/6/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2009 | ▨▨▨▨▨▨▨ - Deferred Compensation |
| 2. 2009 | CSG Systems Inc-Director Fee |
| 3. 2009 | Kohl's Department Stores Inc-Director Fee |
| 4. 2009 | Northstar Realty Finance Corp -Director Fee |
| 5. 2009 | ▨▨▨▨▨▨ -Managing Director |
| 6. 2009 | Safe Bulkers Inc -Director Fee |
| 7. 2009 | Jet Blue Airways Corp-Director Fee |
| 8. 2009 | Menemsha Capital Partners-Ltd-Employee |
| 9. 2009 | Linx Partners LLC_Director Fee |
| 10. 2009 | Morgan Stanley-Pension Income |
| 11 | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 8/6/2010 |

1. _____

2. _____

3. _____

4. _____

5. _____

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 8/6/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. JP Morgan Bank | Credit Card | K |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 8/6/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Thornburg Ltd. Term Muni. Fd Nat'l | B | Dividend | L | T | | | | | |
| 2. Kohl's Corp. Com (IRA) | | None | O | T | | | | | |
| 3. Thornberg Value Fund Class A Mut Fd. (IRA) | D | Dividend | O | T | | | | | |
| 4. Morgan Stanley Venture Investors III LP (IRA) | | None | K | U | | | | | |
| 5. Kohl's Corp Com (Trust #2) | | None | N | T | Sold (part) | 9/9 | L | F | |
| 6. Morgan Stanley Venture Investors III LP | | None | K | U | | | | | |
| 7. Psychemedics Corp. Com | A | Dividend | J | T | | | | | |
| 8. EES 1986 LP | | None | J | U | | | | | |
| 9. Citibank(Checking) | | None | | | Closed | 1/15 | J | | |
| 10. Skyline Venture Partners,L.P. | | None | L | U | | | | | |
| 11. MSCP III L.P. | | None | L | U | | | | | |
| 12. ▓▓▓▓(1998 300,0000) | | None | N | R | | | | | |
| 13. ▓▓▓▓(1998 300,000) | | None | N | R | | | | | |
| 14. Bond Finance International Con Due 11/23/2058(IRA) | | None | J | T | | | | | |
| 15. Northwestern Mututal Life | | None | K | T | | | | | |
| 16. Citibank Checking (Trust # 2) | | None | J | T | | | | | |
| 17. EVILCO Life Insurnace (Trust # 1) | | None | J | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
    P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 8/6/2010 |

## VII. INVESTMENTS and TRUSTS *— income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Northwestern Mututal Life (Trust#1) | A | Interest | N | T | | | | | |
| 19. Northwestern Mututal Life(Trust #1) | | None | M | T | | | | | |
| 20. Madison National Life Ins(Trust # 1) | A | Interest | N | T | | | | | |
| 21. Passport Money Market Fund (IRA) | A | Dividend | J | T | | | | | |
| 22. SFM Domestic Investments LLC | | None | P1 | U | Sold (part) | 8/20 | K | | |
| 23. | | | | | Buy (add'l) | 8/20 | K | | |
| 24. | | | | | Buy (add'l) | 12/1 | J | | |
| 25. Sunrise Capital Special Partners, LLC | | None | J | U | | | | | |
| 26. CSG Systems International Inc.Com | | None | N | T | Buy (add'l) | 8/19 | K | | |
| 27. | | | | | Donated (part) | | | | |
| 28. Summit Mariner, LLC | | None | P1 | U | | | | | |
| 29. Skyline Venture Partners Qualified Purchase Fund II | | None | N | U | Buy (add'l) | 7/27 | J | | |
| 30. | | | | | Sold (part) | 3/11 | K | | |
| 31. Trident Capital Fund-IV LP | | None | L | U | | | | | |
| 32. Sentinel Capital Partners II LP | | None | K | U | | | | | |
| 33. ▓▓▓▓▓▓▓▓▓▓▓▓▓ | | None | M | U | Sold (part) | 10/14 | L | | |
| 34. Summit Mariner LLC/JP Morgan Checking | A | Interest | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 8/6/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Rental # 1 /JPMorgan Checking | A | Interest | J | T | | | | | |
| 36. Rental # 2 New York, NY(1999 $ 900,000) | E | Rent | O | R | | | | | |
| 37. Rental # 2/JP Morgan -Checking | A | Interest | J | T | | | | | |
| 38. JP Morgan(Checking)- | | None | K | T | | | | | |
| 39. Andex Resources LLC | F | Distribution | N | U | Sold (part) | 2/16 | L | | See Note # 1 |
| 40. | | | | | Sold (part) | 12/8 | M | | |
| 41. Vacant Land (1999 $ 425,000 ) | | None | N | R | | | | | |
| 42. Five Point Fund LLC | C | Distribution | K | U | | | | | See Note # 1 |
| 43. Trident Capital Fund V LP | F | Distribution | N | U | Buy (add'l) | 1/21 | J | | See Note # 1 |
| 44. | | | | | Buy (add'l) | 9/28 | J | | |
| 45. | | | | | Sold (part) | 4/28 | K | | |
| 46. | | | | | Sold (part) | 8/4 | J | | |
| 47. | | | | | Sold (part) | 12/16 | L | | |
| 48. Karsch Capital II LP | | None | | | Sold (part) | 1/16 | O | | |
| 49. | | | | | Sold | 4/23 | P1 | | |
| 50. Linx Partners (Q) LP | | None | P1 | U | Sold (part) | 2/11 | K | | |
| 51. Grove Capital Commitment Partners LP | F | Distribution | O | U | Buy (add'l) | 12/17 | K | | See Note # 1 |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 8/6/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. | | | | | Sold (part) | 1/6 | L | | |
| 53. Martha's Vineyard Golf Partners LLC | | None | K | U | | | | | |
| 54. Silvaris Corp Preferred B | | None | N | U | | | | | |
| 55. JP Morgan (Checking) | C | Interest | P1 | T | | | | | |
| 56. NY State Dorm.Auth 6.1% due 07/19 | E | Interest | ·O | T | | | | | |
| 57. NY NY Transitional 5.3% due 11/09 | E | Interest | | | Redeemed | 11/16 | N | B | |
| 58. Rome NY HSG DEV 6.25% due 01/18 | D | Interest | L | T | Sold (part) | 1/2 | J | | |
| 59. Oneida Cnty NY 6.25% due 06/15 | E | Interest | O | T | | | | | |
| 60. JK & B Capital IV QIP LP | | None | O | U | Buy (add'l) | 1/15 | K | | |
| 61. | | | | | Buy (add'l) | 4/1 | L | | |
| 62. Perseus Biopharmaceutical Investor LP | E | Distribution | P1 | U | Buy (add'l) | 1/12 | J | | See Note # 1 |
| 63. | | | | | Buy (add'l) | 3/12 | K | | |
| 64. | | | | | Buy (add'l) | 4/30 | L | | |
| 65. | | | | | Buy (add'l) | 7/6 | J | | |
| 66. | | | | | Buy (add'l) | 10/19 | K | | |
| 67. Skyline Venture Partners Qualified Purchaser Fund III LP | B | Distribution | N | U | Buy (add'l) | 8/20 | K | | See Note # 1 |
| 68. | | | | | Sold (part) | 1/4 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 8/6/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | | | | | Sold<br>(part) | 10/13 | L | | |
| 70. Towerbrook Private Equity Partners II LP | | None | J | U | | | | | |
| 71. TCP Limited Partners LLC(N/C SPEP Limited Partners LLC) | | None | P1 | U | Buy<br>(add'l) | 3/10 | L | | |
| 72. Grove II LP | G | Distribution | J | U | Buy<br>(add'l) | 6/15 | L | | See Note # 1 |
| 73. Tactics II LP | | None | O | U | Buy<br>(add'l) | 12/22 | L | | |
| 74. | | | | | Sold<br>(part) | 4/6 | K | | |
| 75. JP Morgan Checking(Foundation #1) | A | Interest | K | T | | | | | |
| 76. MM Community Funding III Sub Note | | None | N | T | | | | | |
| 77. OR Music LLC | | None | K | U | | | | | |
| 78. The EPI Companies LLC | | None | | | Closed | 12/31 | | | See Note # 3 |
| 79. Windstar Capital LLC Notes Receivable | | None | | | Closed | 12/31 | | | See Note # 3 |
| 80. SFM Participation LP | | None | J | U | | | | | |
| 81. Capital Income Builders Fd Cl A(IRA) | A | Dividend | K | T | | | | | |
| 82. NYS Env 6.7 6/15/10 | D | Interest | M | T | | | | | |
| 83. MSILF M/M | A | Dividend | J | T | | | | | |
| 84. MSILF M/M | A | Dividend | J | T | | | | | |
| 85. Glen Cove NY Ser A 5.375 1/15/10 | D | Interest | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 8/6/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Northstar Realty Finance Corp Com | F | Dividend | O | T | Sold (part) | 8/5 | M | | |
| 87. | | | | | Buy (add'l) | 2/27 | K | | |
| 88. | | | | | Buy (add'l) | 8/7 | K | | |
| 89. Kinderhook Capital I LP | | None | P1 | U | Buy (add'l) | 1/16 | L | | |
| 90. | | | | | Buy (add'l) | 10/26 | L | | |
| 91. | | | | | Buy (add'l) | 12/31 | K | | |
| 92. | | | | | Sold (part) | 12/31 | K | | |
| 93. Morris Global Strategies LP | | None | | | Sold (part) | 4/6 | O | | |
| 94. | | | | | Sold | 7/16 | L | | |
| 95. Capital World Grth & Income Fd Cl A(IRA) | C | Dividend | M | T | | | | | |
| 96. Thornburg CRE GWT 1 | | None | L | T | | | | | |
| 97. Thornburg CRE GWT 1 | | None | L | T | | | | | |
| 98. NYC GO 5.25 8/1/09 | D | Interest | | | Redeemed | 8/3 | L | | |
| 99. NYS Dormitory 5.0 7/1/09 | C | Interest | | | Redeemed | 7/1 | L | | |
| 100. Erie Cnty NY 5.0 5/1/09 | C | Interest | | | Redeemed | 5/1 | M | | |
| 101. Niagra Falls NY 5.625 6/15/10 | D | Interest | M | T | | | | | |
| 102. NYC GO 4.125 3/15/10 | C | Interest | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 8/6/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. NYS Dormitory 5.0 2/15/11 | F | Interest | | | Sold | 11/18 | P1 | E | |
| 104. Suffolk County NY 5.0 2/1/09 | E | Interest | | | Redeemed | 2/2 | O | | |
| 105. NYS Dormitory 5.25 7/1/09 | E | Interest | | | Redeemed | 7/1 | N | | |
| 106. Yonkers NY 6.25 2/1/16 | E | Interest | N | T | Sold (part) | 2/2 | K | | |
| 107. NYC GO 5.125 3/15/19 | C | Interest | | | Sold | 3/16 | M | | |
| 108. JP Morgan Tax Free MM Premier Sweep | E | Interest | O | T | | | | | |
| 109. R Thompson Trucking(Subordinated Note) | | None | K | T | | | | | |
| 110. R Thompson Trucking(Com) | | None | K | U | | | | | |
| 111. The EPI Co LLC Sub Note | B | Interest | | | Closed | 12/31 | | | See Note # 3 |
| 112. ▓▓▓▓▓▓▓▓▓▓ | E | Distribution | P1 | U | | | | | See Note # 1 & Note # 2 |
| 113. --Snow Beverage Corp Preferred C | | None | | | Buy (add'l) | 2/25 | L | | See Note # 2 |
| 114. -Dynova Laboratories Inc (Com) | | None | | | Buy (add'l) | 4/14 | N | | See Note # 2 |
| 115. | | | | | Buy (add'l) | 11/23 | N | | See Note # 2 |
| 116. Alba Advisors LLC | | None | | | Sold | 9/14 | J | | |
| 117. Camulos Partners LP | | None | P1 | U | Sold (part) | 8/3 | N | | |
| 118. | | | | | Sold (part) | 12/18 | L | | |
| 119. | | | | | Sold (part) | 12/31 | M | | |

| 1. Income Gain Codes. | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 8/6/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Capital SLI Group LLC | | None | J | U | | | | | |
| 121. CGI Partners,LP | | None | P2 | U | Buy (add'l) | 4/27 | O | | |
| 122. | | | | | Buy (add'l) | 10/29 | N | | |
| 123. | | | | | Sold (part) | 1/6 | K | | |
| 124. | | | | | Buy (add'l) | 12/17 | N | | |
| 125. Micell Technologies Inc.(Com) | | None | K | U | | | | | |
| 126. ▒ East 57th Street LLC | | None | P1 | U | . | | | | |
| 127. Half Shell Entertainment Films LLC | | None | K | U | Buy (add'l) | 8/3 | M | | |
| 128. ICP D100 LLC | | None | | | Closed | 12/31 | | | See Note # 3 |
| 129. ICP D400 LLC | | None | | | Closed | 12/31 | | | See Note # 3 |
| 130. ICP D200 LLC | | None | | | Closed | 12/31 | | | See Note # 3 |
| 131. ICP 2800A LLC | | None | | | Closed | 12/31 | | | See Note # 3 |
| 132. Linx Partners II LP | | None | P1 | U | Buy (add'l) | 6/1 | M | | |
| 133. | | | | | Buy (add'l) | 2/28 | N | | |
| 134. Lone Cypress Company Ltd | | None | P1 | U | Sold (part) | 6/29 | K | | |
| 135. Sentinel Capital Investors III LP | | None | O | U | Buy (add'l) | 11/16 | L | | |
| 136. | | | | | Sold (part) | 11/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 8/6/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. SFM Participation II LP | | None | P2 | U | Buy (add'l) | 2/3 | N | | |
| 138. | | | | | Sold (part) | 2/3 | K | | |
| 139. | | | | | Buy (add'l) | 12/21 | O | | |
| 140. | | | | | Sold (part) | 12/21 | N | | |
| 141. Triad Liquidating Company LLC | | None | | | Closed | 12/31 | | | See Note # 3 |
| 142. North Salem Acquisition & Development Fund 2005 LP | | None | K | U | Sold (part) | 2/4 | K | | |
| 143. | | | | | Sold (part) | 3/4 | K | | |
| 144. | | | | | Sold (part) | 4/6 | K | | |
| 145. | | | | | Sold (part) | 4/27 | K | | |
| 146. | | | | | Sold (part) | 5/29 | J | | |
| 147. | | | | | Sold (part) | 6/29 | J | | |
| 148. | | | | | Sold (part) | 7/3 | J | | |
| 149. | | | | | Sold (part) | 8/31 | J | | |
| 150. | | | | | Sold (part) | 10/7 | J | | |
| 151. | | | | | Sold (part) | 11/4 | J | | |
| 152. | | | | | Sold (part) | 11/30 | J | | |
| 153. | | | | | Sold (part) | 12/21 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 154. Thornburg Core Growth Cl A (IRA) | | None | M | T | | | | | |
| 155. Thornburg Invt Tr Intl Value Cl I | A | Dividend | K | T | | | | | |
| 156. Thornburg Invt Tr Intl Value Cl I | A | Dividend | K | T | | | | | |
| 157. Jetblue (Com) | | None | N | T | Donated (part) | | | | |
| 158. Interactive Brokers LLC--Futures Fund | A | Interest | J | T | | | | | |
| 159. ICP 2800B LLC | | None | | | Closed | 12/31 | | | See Note # 3 |
| 160. ▨▨▨ West 12th St LLC | | None | P1 | U | Buy (add'l) | 12/31 | O | | |
| 161. Aisling Capital II LP | | None | P1 | U | Buy (add'l) | 12/9 | K | | |
| 162. By The Way Productions LLC | | None | K | U | | | | | |
| 163. HMLP Private Investor LLC | | None | | | Sold | 1/4 | P1 | | |
| 164. J K & B Capital V LP | | None | P1 | U | Buy (add'l) | 3/10 | N | | |
| 165. | | | | | Buy (add'l) | 6/5 | M | | |
| 166. | | | | | Buy (add'l) | 9/21 | K | | |
| 167. | | | | | Buy (add'l) | 11/18 | K | | |
| 168. | | | | | Buy (add'l) | 12/17 | K | | |
| 169. | | | | | Sold (part) | 10/8 | M | | |
| 170. SEEF II LP | | None | P1 | U | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 8/6/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 171. Stafford Logistics Inc (Com) | | None | L | U | | | | | |
| 172. Towerbrook Investors II Executive Fund LP | | None | P1 | U | Sold (part) | 9/25 | M | | |
| 173. | | | | | Sold (part) | 12/11 | L | | |
| 174. Trident VI LP | E | Distribution | N | U | Buy (add'l) | 3/31 | K | | See Note # 1 |
| 175. | | | | | Buy (add'l) | 10/1 | O | | |
| 176. | | | | | Sold (part) | 1/22 | J | | |
| 177. | | | | | Sold (part) | 9/16 | L | | |
| 178. Kinderhook Capital Fund II LP | | None | P1 | U | Buy (add'l) | 1/5 | L | | |
| 179. | | | | | Buy (add'l) | 1/28 | O | | |
| 180. | | | | | Buy (add'l) | 5/11 | M | | |
| 181. | | | | | Buy (add'l) | 6/10 | M | | |
| 182. | | | | | Buy (add'l) | 11/9 | M | | |
| 183. Kohls Corp (Com). | | None | O | T | Sold (part) | 9/9 | L | D | |
| 184. North Salem Aquisition & Dev Fund 2005 LP-Preferred Equity | D | Interest | N | T | Sold (part) | 12/31 | M | | |
| 185. KPB Partners LP | | None | P1 | U | | | | | |
| 186. NYS Dormitory 5.25 % due 5/15/09 | D | Interest | | | Redeemed | 5/15 | M | | |
| 187. NYS Thruway 5% due 4/1/10 | E | Interest | P1 | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 8/6/2010 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. NYS Dormitory Authority 5.25% due 11/15/23 | F | Interest | P1 | T | | | | | |
| 189. Brookhaven NY 4..25% 1due 11/1/37 | E | Interest | P1 | T | Sold (part) | 11/2 | J | | |
| 190. Dutchess County NY 5 % due 8/1/11 | E | Interest | O | T | | | | | |
| 191. NYS Dormitory Zero Coupon due 8/15/40 | E | Interest | N | T | | | | | |
| 192. City of NY Genl Pur 5 % due 8/1/12 | E | Interest | O | T | | | | | |
| 193. NYS Dormitory 4.5 % due 7/1/11 | E | Interest | P1 | T | | | | | |
| 194. NYS Dormitory 7.5 % due 7/1/10 | D | Interest | M | T | Sold (part) | 7/1 | L | | |
| 195. NYS Dormitory 5.25 % due 7/1/09 | E | Interest | | | Redeemed | 7/1 | N | | |
| 196. Troy NY 5 % due 9/1/37 | E | Interest | P1 | T | | | | | |
| 197. NY NY 6.1 % due 6/15/31 | D | Interest | M | T | | | | | |
| 198. NYS Dormitory Adj rate due 11/15/29 | E | Interest | N | T | | | | | |
| 199. Thornburg-Income Builder Cl 1 | C | Dividend | K | T | | | | | |
| 200. Thornburg Global Opportunity Cl 1 | B | Dividend | K | T | | | | | |
| 201. Thornburg CRE GWT 1 (Trust # 2) | A | Dividend | K | T | Sold (part) | 10/15 | J | | |
| 202. Morgan Stanley Bank (Savings) | A | Interest | K | T | | | | | |
| 203. Morgan Stanley Bank (Savings) | A | Interest | K | T | | | | | |
| 204. Thornburg CRE GWT (IRA) | | None | J | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)  A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes (See Columns C1 and D3)  J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes (See Column C2)  Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 8/6/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Morgan Stanley Bank-(Savings) | A | Interest | J | T | | | | | |
| 206. Atticus Global LP | | None | | | Sold (part) | 6/5 | O | | |
| 207. | | | | | Sold | 6/19 | L | | |
| 208. Inavein LLC | | None | J | U | | | | | |
| 209. Ironwood Management Partners Fund II LP | | None | M | U | Buy (add'l) | 2/2 | K | | |
| 210. | | | | | Buy (add'l) | 6/16 | K | | |
| 211. KCM Alphan Only Fund LP | | None | | | Sold (part) | 1/21 | N | | |
| 212. | | | | | Sold | 4/23 | O | | |
| 213. Linx-Cimarron Energy Co-Invest, LLC | D | Interest | L | U | Buy (add'l) | 6/9 | K | | |
| 214. | | | | | Sold (part) | 1/27 | J | | |
| 215. | | | | | Sold (part) | 4/17 | J | | |
| 216. Linx-McBride America Co-Invest, LLC | B | Interest | | | Sold | 4/17 | J | | |
| 217. RGI Partners II B LP | F | Distribution | P1 | U | Buy (add'l) | 8/24 | M | | See Note # 1 |
| 218. | | | | | Sold (part) | 10/2 | K | | |
| 219. RGI Partners Ltd | | None | P1 | U | Buy (add'l) | 6/1 | N | | |
| 220. | | | | | Buy (add'l) | 5/29 | M | | |
| 221. | | | | | Sold (part) | 6/1 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 8/6/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Sold (part) | 5/29 | M | | |
| 223. SC Capital (P) LP | | None | P1 | U | Buy (add'l) | 4/15 | K | | |
| 224. | | | | | Buy (add'l) | 6/11 | K | | |
| 225. | | | | | Buy (add'l) | 8/24 | K | | |
| 226. | | | | | Buy (add'l) | 11/18 | K | | |
| 227. ▨▨▨▨▨ | | None | P1 | U | Buy (add'l) | 6/10 | M | | See Note #5 |
| 228. | | | | | Buy (add'l) | 9/16 | O | | |
| 229. | | | | | Buy (add'l) | 11/13 | M | | |
| 230. | | | | | Sold (part) | 6/10 | J | | |
| 231. | | | | | Sold (part) | 9/16 | J | | |
| 232. | | | | | Sold (part) | 11/3 | M | | |
| 233. ▨▨▨▨▨ | G | Distribution | O | U | | | | | See Note # 1 |
| 234. ▨▨▨▨▨ | D | Distribution | P1 | U | | | | | See Note# 1 & Note #5 |
| 235. --Archway Marketing Services Inc(X) | | None | | | | | | | See Note # 5 |
| 236. --Dianet Communications Inc(X) | | None | | | | | | | See Note #5 |
| 237. --Freedom Innovations LLC(X) | | None | | | | | | | See Note #5 |
| 238. --Nautilus Neurosciences Inc(X) | | None | | | | | | | See Note #5 |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 8/6/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. --Optimal Solutions Integration,Inc(X) | | None | | | | | | | See Note #5 |
| 240. --PetMedicus Laboratories Inc(X) | | None | | | | | | | See Note #5 |
| 241. --Pillar Processing Inc(X) | | None | | | | | | | See Note #5 |
| 242. --SDI Health LLC(X) | | None | | | | | | | See Note #5 |
| 243. --TowerCo II Holdings LLC(X) | | None | | | | | | | See Note #5 |
| 244. --Versapharm(X) | | None | | | | | | | See Note #5 |
| 245. Unigo LLC | | None | | | Closed | 12/31 | | | See Note # 3 |
| 246. Camulos Special Situations Fund LP | | None | M | U | Sold (part) | 6/8 | M | | |
| 247. Wall Street Sources Inc(Com) | | None | O | U | | | | | |
| 248. Navagate Inc (Promissory Note) | | None | P1 | T | | | | | |
| 249. Omnilink Systems Inc (Ser B Preferred Stock) | | None | P1 | U | | | | | |
| 250. American Home Food Products Inc (Com) | | None | N | U | Buy (add'l) | 1/2 | P1 | | |
| 251. | | | | | Buy (add'l) | 4/6 | L | | |
| 252. Pend Vest LP | | None | | | Sold | 3/23 | N | | |
| 253. ░░░░░░░░ | G | Distribution | O | T | Buy (add'l) | 1/12 | J | | See Note # 1 |
| 254. | | | | | Buy (add'l) | 3/12 | K | | |
| 255. | | | | | Buy (add'l) | 4/30 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 8/6/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | Buy (add'l) | 7/6 | J | | |
| 257. | | | | | Buy (add'l) | 10/19 | J | | |
| 258. Syndicate Holdings Corp(Com) | | None | N | U | Sold (part) | 5/27 | L | | |
| 259. City of NY 5.35% Due 8/1/12 | B | Interest | | | Sold | 8/3 | J | | |
| 260. MTA 5.00 Due 11/15/10 | E | Interest | | | Sold | 8/6 | O | D | |
| 261. NYS Dorm 5.75 % Due 7/1/09 | E | Interest | | | Redeemed | 7/1 | N | | |
| 262. NYS Dorm 5.75 Due 7/1/13 | F | Interest | P1 | T | | | | | |
| 263. City of NY 5.5 % Due 8/1/12 | E | Interest | N | T | | | | | |
| 264. State of NY Mtg Agency 3.125 % Due 10/1/11 | E | Interest | O | T | | | | | |
| 265. State of NY Mtg Agency 2.875 % Due 4/1/10 | D | Interest | N | T | | | | | |
| 266. NYS Dorm 5.7 Due 7/1/13 | F | Interest | P1 | T | | | | | |
| 267. City of NY Health & Hosp 4 % Due 2/15/13 | E | Interest | O | T | | | | | |
| 268. NYS Mtg Agency 5 % Due 10/1/17 | E | Interest | O | T | | | | | |
| 269. State of NY Dorm 4 % Due 9/1/12 | E | Interest | O | T | | | | | |
| 270. State of NY Dorm 4.125 % Due 4/1/13 | E | Interest | N | T | | | | | |
| 271. ▨▨▨▨▨▨▨ | | None | K | U | Buy (add'l) | 1/2 | J | | |
| 272. | | | | | Buy (add'l) | 3/12 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 8/6/2010 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | Buy (add'l) | 5/28 | J | | |
| 274. | | | | | Buy (add'l) | 6/6 | J | | |
| 275. | | | | | Buy (add'l) | 10/19 | J | | |
| 276. Safe Bulkers Inc(Com) | | None | K | T | Buy (add'l) | 1/3 | K | | |
| 277. | | | | | Buy (add'l) | 4/2 | K | | |
| 278. | | | | | Buy (add'l) | 7/2 | K | | |
| 279. | | | | | Buy (add'l) | 10/2 | K | | |
| 280. | | | | | Sold (part) | 9/11 | K | D | |
| 281. | | | | | Sold (part) | 11/19 | K | E | |
| 282. ICP D100 LLC(Working Capital Loan) | | None | | | Closed | 12/31 | | | See Note # 3 |
| 283. ICP D 200 LLC (Working Capital Loan) | | None | | | Closed | 12/31 | | | See Note # 3 |
| 284. ▒▒▒▒ West 12th Street LLC(Working Capital Loan) | | None | M | T | | | | | |
| 285. Aerothrust Engine Leasing Inc (Notes Receivable) | | None | N | T | | | | | |
| 286. Artisanal Cheese LLC(Bridge Loan) | B | Interest | M | T | Sold (part) | 2/27 | M | | |
| 287. Nimblegen (Com) | E | Interest | | | Sold | 2/25 | O | G | |
| 288. Nassau Point Partners I LP | | None | J | U | | | | | |
| 289. Nassau Point Partners II LP | | None | J | U | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C = $2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 8/6/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. Synergy Bev Ser A (Preferred Stock) | | None | | | Closed | 12/31 | | | See Note # 3 |
| 291. Synergy Bev Ser B (Preferred Stock) | | None | | | Closed | 12/31 | | | See Note # 3 |
| 292. IBM Corp (Com)(Foundation # 1) | | None | | | Sold | 1/7 | M | E | |
| 293. Camulos 1301 I Street LLC | | None | K | U | | | | | |
| 294. Camulos BioEnergy Debt Holdings LLC | | None | M | U | | | | | |
| 295. Camulos BioEnergy Partners LLC | | None | K | U | | | | | |
| 296. Camulos Fountain Hills Partners LLC | | None | L | U | | | | | |
| 297. Camulos Gateway HI Partners LLC | | None | K | U | | | | | |
| 298. Camulos Gateway RH Partners LLC | | None | K | U | | | | | |
| 299. Camulos Granite Ridge Partners LLC | | None | M | U | | | | | |
| 300. Asling Investors III LP | | None | K | U | Buy (add'l) | 1/9 | J | | |
| 301. | | | | | Buy (add'l) | 7/2 | K | | |
| 302. | | | | | Buy (add'l) | 10/11 | J | | |
| 303. | | | | | Buy (add'l) | 12/22 | J | | |
| 304. Eastern Growth Capital I LP | E | Distribution | N | U | Sold (part) | 12/15 | K | | See Note # 1 |
| 305. Eastern Growth Capital II LP | | None | M | U | Buy (add'l) | 7/27 | L | | |
| 306. | | | | | Buy (add'l) | 10/1 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 8/6/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | Buy (add'l) | 11/16 | K | | |
| 308. Eastern Growth Capital II LP(IRA) | | None | N | U | Buy (add'l) | 7/27 | M | | See Note # 4 |
| 309. | | | | | Buy (add'l) | 10/1 | L | | |
| 310. | | | | | Buy (add'l) | 11/16 | L | | |
| 311. Linx-Metaltech Co Investment LLC | D | Interest | M | U | Sold (part) | 1/28 | J | | See Note # 1 |
| 312. | | | | | Sold (part) | 12/31 | J | | |
| 313. Olympus Capital Asia IV LP | | None | O | U | Buy (add'l) | 1/20 | L | | |
| 314. | | | | | Buy (add'l) | 6/25 | M | | |
| 315. Stag Investments IV LP | F | Distribution | N | U | Buy (add'l) | 3/24 | K | | See Note # 1 |
| 316. | | | | | Sold (part) | 3/31 | K | | |
| 317. | | | | | Sold (part) | 6/30 | K | | |
| 318. | | | | | Sold (part) | 9/30 | K | | |
| 319. | | | | | Sold (part) | 12/30 | K | | |
| 320. American Internationsal Group Inc.(Com) | | None | | | Sold | 3/25 | K | | |
| 321. UBS Bank Dep Account(MM)-(N/C UBS RMA Tax Free MM) | A | Interest | K | T | | | | | |
| 322. Safe Bulkers Inc (Com)(IRA) | D | Dividend | M | T | | | | | |
| 323. Eastern Growth Capital II LP (IRA)(Y) | | | | | | | | | See Note # 4 |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 8/6/2010 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. JP Morgan High Yeild Bond Fund(IRA) | E | Interest | | | Closed | 9/10 | O | | |
| 325. JP Morgan Cash Fund (MM)(IRA) | B | Interest | | | Closed | 11/4 | J | | |
| 326. The Eroica Fund LP | | None | | | Sold | 8/26 | L | | |
| 327. Towerbrok Investors III Executive Fund LP | | None | N | U | Sold (part) | 12/17 | L | | |
| 328. Tactics II Stem Cell Ventures QP LP | | None | P1 | U | Buy (add'l) | 6/23 | O | | |
| 329. | | | | | Buy (add'l) | 12/22 | O | | |
| 330. Cellular Dynamics International Inc(Pref A) | | None | L | U | | | | | |
| 331. Target Moderate Alloc Fund A(401k) | | None | J | T | | | | | |
| 332. Thornburg Intl Val Fd R#(401k) | | None | K | T | | | | | |
| 333. Vanguard Interm Corp FD(Foundation # 1) | E | Dividend | O | T | Buy | 1/6 | N | | |
| 334. Georgia Gulf Corp Com(Foundation # 1) | | None | K | T | Buy | 9/16 | L | | |
| 335. Morgan Stanley Bank(Saving )(Foundation # 1) | C | Interest | M | T | Open | 1/2 | P1 | | |
| 336. Morgan Stanley Trust( Saving)(Foundation # 1) | B | Interest | M | T | Open | 1/2 | M | | |
| 337. GE Co ( Com)(Foundation # 1) | | None | | | Buy | 3/10 | M | | |
| 338. | | | | | Sold | 3/17 | M | E | |
| 339. NY State Dormitory 5% due 7/1/11 | A | Interest | O | T | Buy | 6/9 | O | | |
| 340. NYS Dormitory 4 % due 10/1/15 | | None | O | T | Buy | 5/29 | O | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 8/6/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 341. NYS Dormitory 5.25 due 8/15/15 | A | Interest | P1 | T | Buy | 8/5 | P1 | | |
| 342. NYS Dormitory 5.5 due 7/1/16 | | None | O | T | Buy | 8/6 | O | | |
| 343. NYS Dormitory 3.5 % due 12/15/11 | A | Interest | M | T | Buy | 10/15 | M | | |
| 344. NYC Transitional Finance Auth 5 % due 11/1/13 | A | Interest | M | T | Buy | 10/15 | M | | |
| 345. Morgan Stanley Bank (Trust # 2) | A | Interest | J | T | Buy | 10/16 | J | | |
| 346. First Republic Bank( Checking)(Trust # 2) | | None | J | T | Buy | 9/22 | J | | |
| 347. First Republic Bank (Checking) | A | Interest | M | T | Buy | 3/1 | M | | |
| 348. The West Africa Fund LP | | None | O | T | Buy | 2/4 | P1 | | |
| 349. Synergy Beverage (Bridge Loan) | | None | | | Buy | 9/30 | L | | |
| 350. | | | | | Closed | 12/31 | | | See Note # 3 |
| 351. NuCana Biomed Ltd (Ordinary Shares)(IRA) | | None | N | T | Buy | 6/29 | N | | |
| 352. Cookstr LLC(Convertible Unsecured Promissory Note) | | None | L | T | Buy | 7/9 | K | | |
| 353. | | | | | Buy<br>(add'l) | 12/15 | K | | |
| 354. Cordia Bancorp Ser B(Com)(IRA) | | None | L | T | Buy | 10/28 | L | | |
| 355. ConnectEdu Inc(Com)(IRA) | | None | L | T | Buy | 6/29 | L | | |
| 356. Michael Walsdorf- (Personal Loan-Note Receivable) | | None | P1 | T | Buy | 11/20 | P1 | | |
| 357. Leo DeSorcy-(Personal Loan-Note Receivable) | D | Interest | N | T | Buy | 1/4 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 8/6/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 358. | | | | | Buy (add'l) | 1/13 | L | | |
| 359. MV Beach Stret Realty(Mortgage Note) | E | Interest | O | T | Buy | 1/4 | O | | |
| 360. Beryllium LLC | | None | K | U | Buy | 11/16 | K | | |
| 361. | | | | | Sold (part) | 11/16 | K | | |
| 362. Kinderhook Capital Fund III LP | | None | L | U | Buy | 12/2 | L | | |
| 363. Omnlink Systems Inc(Bridge Loan) | | None | M | T | Buy | 1/2 | M | | |
| 364. NYS Dormitory 5.25 due 5/15/15 | D | Interest | N | T | Buy | 5/6 | N | | |
| 365. NYS Dormitory 6.125 due 7/1/12 | D | Interest | P1 | T | Buy | 5/21 | P1 | | |
| 366. Troy Industrial Dev 4.05% due 4/1/37 | E | Interest | P1 | T | Buy | 1/7 | O | | |
| 367. Long Island Power Authority 5.25% due 4/1/10 | E | Interest | O | T | Buy | 1/15 | O | | |
| 368. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 8/6/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Note #1
Explanation Re:Section VII Item #'
39,42,43,51,62,67,72,112,174,217,233,234,253,304,311,315
The income from investments in Limited partnerships usually contain more than one type of income. For income valuation purposes,the various amounts were combined to determine the amount code in column B(1)The type of income in column B(2)is labeled "distribution", to denote more then one category of income was contained in schedule K-1 received from the partnership.

Note # 2
Explanation Section VII Item #112, 113,114,115
▓▓▓▓▓▓▓▓▓▓▓▓ is a Sub-chapter S corporation owned 100% ▓▓▓▓▓▓▓▓▓▓. The corportaion purchased various secuities during 2008 and are listed below the corporation The value of the securities are included in the total indicated on line 145 Column C(1)

Note # 3
Explanation Section VII Item # 78,79,111,128,129,130,131,141,159,245,282,283,290,291,350
These investmennts are worthless as of December 31, 2009. The assets are listed as "Closed" in Column D(1). The date in Column D(2) is December 31, 2009. The value in Colum D(3) is blank since no value was derived from the worthless investment. .

Note # 4
Explanation # 308,323
Eastern Growth Capital II LP (IRA) was listed twice on the 2008 report in error. We have removed the second reporting of the asset by denoting a (Y) after the entry on line 313 on the 2009 Financial Disclosure Report.

Note # 5 Explanation # 227,234,235,236,237,238,239,240,241,242,243,244

▓▓▓▓▓▓▓▓▓ is a Managing partner ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. The partnerships have ownership interests in the companies lised.The costs of the ownership interests are included in the Gross value at the end of the reporting period indicated on line # 227 ▓▓▓▓▓▓▓▓▓ Column C(1) and line # 234 ▓▓▓▓▓▓▓▓▓▓, Column C(1).

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 8/6/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



8/19/2010

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544